UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    YACOUB KERYAKES,
                                Plaintiff,

                  -against-                        23 Civ. 8670 (LGS)

                                                        <u>ORDER</u>
    METROPOLITAN LIFE INSURANCE
    COMPANY,
                                Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for November 29, 2023;

      WHEREAS, no significant issues were raised in the parties' joint letters filed on November 15, 2023, Dkt. 8, and November 20, 2023, Dkt. 11.  It is hereby

      **ORDERED** that the November 29, 2023, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  It is further

      **ORDERED** that, as stipulated by the parties in their letter at Dkt. 11, Defendant shall produce the administrative/claim file record by **December 13, 2023**.  The parties shall bring record disputes to the Court's attention as directed in the stipulation.  It is further

      **ORDERED** that, by **March 1, 2024**, the parties shall file a letter updating the Court on the status of settlement discussions.  It is further

      **ORDERED** that any cross-motions for summary judgment shall be briefed according to the following schedule.  By **March 29, 2024**, Plaintiff shall file his motion for summary judgment, with a memorandum of law not to exceed 25 pages.  By **April 19, 2024**, Defendant shall file its opposition and cross-motion for summary judgment, not to exceed 40 pages.  By

**May 10, 2024**, Plaintiff shall file his reply and opposition to Defendant's cross-motion for summary judgment, not to exceed 25 pages.  By **May 17, 2024**, Defendant shall file its reply in support of its cross-motion, not to exceed 10 pages.  By **May 20, 2024**, the parties shall also email Schofield_NYSDChambers@nysd.uscourts.gov requesting an upload link for the administrative/claim file, which shall include a table of contents.  Notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as neither party exceeds 50 pages of briefing in total.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated:  November 21, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE